GERBERDING *v.* TAHASH, WARDEN.

No. 1059, Misc. Decided May 15, 1967.

Petitioner *pro se.*

*Douglas M. Head,* Attorney General of Minnesota, *William J. Hempel,* Deputy Attorney General, and *Gerard W. Snell,* Acting Solicitor General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Jackson* v. *Denno,* 378 U. S. 368.

SKOLNICK *v.* KERNER, GOVERNOR OF ILLINOIS, ET AL.

No. 1401, Misc. Decided May 15, 1967.

Appellant *pro se.*

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.